**IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS**
No. 13-146V
Filed: March 11, 2014
(Not to be published)

*************************************************
| | |
|---|---|
| DANA LIVNEH, | |
|   Petitioner, | Damages; Decision Based on Proffer; Tdap; Shoulder pain and immobility |
| v. | |
| SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
|   Respondent. | |
*************************************************

*Elizabeth Martin Muldowney, Esq.*, Rawls, McNelis and Mitchell, P.C. for petitioner.
*Ann Donohue Martin, Esq.,* U.S. Dept. of Justice, Washington, DC, for respondent.

### **DECISION AWARDING DAMAGES**[1]

**Gowen**, Special Master:

On February 27, 2013, Dana Livneh ["petitioner"] filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] [the "Vaccine Act" or "Program"] alleging that she suffered severe and debilitating pain and immobility in her left shoulder and arm, which was caused-in-fact by the tetanus-diptheria-acellular pertussis ["Tdap"] vaccine she received on December 1, 2010.  Petition at 1.  On March 11, 2014, respondent filed a proffer on award of compensation, which indicated that the petitioner agreed to the compensation amount.

Pursuant to the terms stated in the attached Proffer, **I award petitioner a lump sum payment of $90,000.00 in the form of a check payable to petitioner, Dana**

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)).  In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B).  Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision.  If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2006).

**Livneh**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                      **s/Thomas L. Gowen**
                                      Thomas L. Gowen
                                      Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

|  |  |
|---|---|
| DANA LIVNEH, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 13-146V |
| v. ) | Special Master Gowen |
| ) | ECF |
| SECRETARY OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.   Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $90,000.00, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.   Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $90,000.00 in the form of a check payable to petitioner. Petitioner agrees.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

                        MICHAEL P. MILMOE
                        Senior Trial Counsel
                        Torts Branch, Civil Division

                        s/ ANN D. MARTIN
                        ANN D. MARTIN
                        Senior Trial Attorney
                        Torts Branch, Civil Division
                        U.S. Department of Justice
                        P.O. Box 146
                        Benjamin Franklin Station
                        Washington, D.C.  20044-0146
                        Tel.: (202) 307-1815

DATED: March 11, 2014